**COLE SCHOTZ P.C.**
Michael D. Sirota, Esq. (NJ Bar No. 014321986)
Warren A. Usatine, Esq. (NJ Bar No. 025881995)
Court Plaza North, 25 Main Street
Hackensack, New Jersey 07601
(201) 489-3000
msirota@coleschotz.com
wusatine@coleschotz.com

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Joshua A. Sussberg, P.C. (admitted *pro hac vice*)
Christine A. Okike, P.C. (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022
(212) 446-4800
jsussberg@kirkland.com
christine.okike@kirkland.com

*Attorneys for Debtors and Debtors in Possession*

Order Filed on March 23, 2023
by Clerk
U.S. Bankruptcy Court
District of New Jersey

| | |
|---|---|
| In re:<br>BLOCKFI INC., *et al.*,<br><br>Debtors.[1] | **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br><br>Case No. 22-19361 (MBK)<br><br>(Jointly Administered)<br><br>Chapter 11 |
| BLOCKFI INC., BLOCKFI TRADING, LLC, BLOCKFI LENDING LLC, BLOCKFI WALLET LLC, BLOCKFI VENTURES LLC, BLOCKFI INTERNATIONAL LTD., BLOCKFI INVESTMENT PRODUCTS LLC, BLOCKFI SERVICES, INC. and BLOCKFI LENDING II LLC<br><br>Plaintiff,<br><br>-against-<br><br>TREY GREENE AND ANTONIE ELAS,<br><br>Defendants. | Adv. Pro. No. 23-1071 (MBK) |

**ORDER TO SHOW CAUSE WITH TEMPORARY RESTRAINTS**

**DATED: March 23, 2023**

*/s/ Michael B. Kaplan*
Honorable Michael B. Kaplan
United States Bankruptcy Judge

Debtors: BLOCKFI INC., *et al.*
Case No.: 23-1071 (MBK)
Caption of Order: ORDER TO SHOW CAUSE WITH TEMPORARY RESTRAINTS

**ORDER TO SHOW CAUSE WITH TEMPORARY RESTRAINTS**

The relief set forth on the following pages, numbered two (2) through four (4), is hereby ORDERED.

BlockFi Inc., BlockFi Trading LLC, BlockFi Lending LLC, BlockFi Wallet LLC, BlockFi Ventures LLC, BlockFi International Ltd., BlockFi Investment Products LLC, BlockFi Services, Inc., and BlockFi Lending II LLC, the debtors and debtors-in-possession (collectively, the "Debtors"), filed this matter on March 13, 2023 seeking an extension of the automatic stay pursuant to § 362(a) or an injunction under § 105(a) of the Bankruptcy Code to prohibit the continued prosecution of two putative class-action lawsuits. Complaint, Docket No. 1. The Debtors filed their *Motion to Extend the Automatic Stay or, in the alternative, for Injunctive Relief Enjoining the Prosecution of Certain Pending Litigation* on March 16, 2023 (the "Motion"). Motion, Docket No. 4. The Debtors filed their *Application for An Order Shortening Time to Notice a Hearing on Debtors' Request for Order to Show Cause with Temporary Restraints,* Certification, Proposed Order and Memorandum of Law in support of this Order on March 22, 2023 (the "Request").

Due notice hereof having been given, a hearing thereon having been held, and the Court having considered the Debtors' Request and opposition thereto, if any; and having determined that irreparable harm shall immediately occur if temporary restraints are not granted; and finding good and sufficient cause for the making and entry of the within Order, the Court finds that:

The Debtor seeks, pursuant to Rule 65 of the Federal Rules of Civil Procedure and Rule 7065 of the Federal Rules of Bankruptcy Procedure, a temporary restraining order prohibiting continued prosecution of two lawsuits.

Debtors: BLOCKFI INC., *et al.*
Case No.: 23-1071 (MBK)
Caption of Order: ORDER TO SHOW CAUSE WITH TEMPORARY RESTRAINTS

The Court has subject matter jurisdiction over this matter pursuant to 11 U.S.C. §§ 105 and 362. Venue for this matter is proper in this District.

A denial of the Debtors' request for a temporary restraining order pending a final hearing on the Debtors' request for injunctive relief would cause the very harm that the Debtors seek to prevent by the Complaint, Motion, and Request in this matter. Without immediate injunctive relief, it is expected that the Debtor will be irreparably harmed.

The Court held a summary hearing concerning the Debtors' request for a temporary restraining order on March 23, 2023.

This Court finds it appropriate to enter a temporary restraining order pursuant to Federal Rule of Civil Procedure 65 and Federal Rule of Bankruptcy Procedure 7065.

In order to allow the Adversary Defendants to participate in the hearing on the requested injunctive relief, this Court finds good cause to extend, and hereby extends, the temporary restraining order for the maximum period allowed under Federal Rule of Civil Procedure 65 – 28 days.

The legal and factual basis set forth in the Complaint, Motion, Request, Certifications and at the hearing establish just cause of the relief granted herein.

IT IS HEREBY ORDERED, pending a hearing and determination of the foregoing application, the Adversary Defendants be and hereby are temporarily restrained from prosecuting the lawsuits styled as (i) *Trey Greene v. Zac Prince, Flori Marquez, Tony Laura, Jennifer Hill and Gemini Trading, LLC*, Case No. 2:23-cv-01165-KM-LDW filed in the United States District Court for the District of New Jersey (the "Greene Action"), and (ii) *Antonie Elas v. Zac Prince, Flori Marquez, Amit Cheela, David Olsson, and Samia Bayou*, Case No. 1:23-cv-10472-IT filed

Debtors:            BLOCKFI INC., et al.
Case No.:           23-1071 (MBK)
Caption of Order:   ORDER TO SHOW CAUSE WITH TEMPORARY RESTRAINTS

---

in the United States District Court for the District of Massachusetts (the "Elas Action"), through and including 28 days from the date of entry of this Order*; and it is further

ORDERED, the Court will hold a hearing on the Complaint, the Motion, and the conversion of the temporary restraining order to a preliminary injunction on April 19, 2023 at 10:00am; and it is further

ORDERED, that Debtors shall serve a copy of the within Order, together with copies of the Adversary Complaint, Summons, Memorandum of Law in support of Debtors' Request for Order to Show Cause with Temporary Restraints, and supporting Certifications on lead counsel for the Greene Action (Lee Squitieri lee@sfclasslaw.com) and the Elas Action (Teti, Stephen J. sjteti@locklaw.com) by no later than March 23, 2023 at 5:00p.m. and via overnight mail by no later than March 24, 2023; and it is further

ORDERED, that service of said pleadings as directed above is hereby deemed good and effective service**; and it is further

ORDERED, pursuant to Federal Bankruptcy Rule 7065, the Debtors are relieved from posting bond under Federal Rule 65(c); and it is further

ORDERED, that the Adversary Defendants shall, not later than 7 days before the return date of this Order to Show Cause, file with the Court and serve on the Debtors' attorneys, all answering papers to the relief sought in the Order to Show Cause.

_____
MICHAEL B. KAPLAN, USBJ

\* Notwithstanding, Adversary Defendants may file the within order, and any future order of this Court in this adversary proceeding, on the dockets of the Courts handling the referenced lawsuits (MBK)

\*\* Counsel shall meet and confer regarding an expedited discovery schedule addressing the needs of the parties. (MBK)

4

Form order – ntcorder

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

In Re: BlockFi Inc.
Debtor

Case No.: 22–19361–MBK
Chapter 11

BlockFi Inc.
Plaintiff

v.

Trey Greene
Defendant

Adv. Proc. No. 23–01071–MBK                                  Judge: Michael B. Kaplan

**NOTICE OF JUDGMENT OR ORDER**
**Pursuant to Fed. R. Bankr. P. 9022**

Please be advised that on March 23, 2023, the court entered the following judgment or order on the court's docket in the above–captioned case:

Document Number: 10 – 6
ORDER TO SHOW CAUSE WITH TEMPORARY RESTRAINTS (Related Doc # 6). Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. Signed on 3/23/2023. Preliminary Injunction hearing to be held on 4/19/2023 at 10:00 AM at MBK – Courtroom 8, Trenton. (wiq)

Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.

Dated: March 23, 2023
JAN: wiq

Jeanne Naughton
Clerk